Daniela LaBounty, Esq.
Nevada Bar No. 13169
dlabounty@wwhgd.com
Stephanie J. Glantz, Esq.
Nevada Bar No. 14878
sglantz@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*Tahoe Spirits, Inc. dba Tahoe Blue Vodka*

WEINBERG WHEELER
HUDGINS GUNN & DIAL

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

TAHOE DOUGLAS VISITORS AUTHORITY, a Nevada public entity,

Plaintiff,

vs.

TAHOE SPIRITS INC., a California corporation doing business as TAHOE BLUE VODKA; DOES 1-10, inclusive; ROE ENTITIES I-X, inclusive,

Defendants.

Case No. 3:26-cv-00632-MMD-CLB

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER**

Pursuant to Local Civil Rules LR IA 6-1, Plaintiff TAHOE DOUGLAS VISTORS AUTHORITY ("Plaintiff") and Defendant, TAHOE SPIRITS INC. dba TAHOE BLUE VODKA ("Defendant"), by and through their respective counsel of record, stipulate an extension of time for Defendant to Answer Plaintiff's Complaint.

//

//

//

//

//

WHEREAS, Plaintiff filed its Complaint on June 25, 2026, and served Defendant with the Summons and Complaint on July 16, 2026;

WHEREAS, this Defendant removed this matter to Federal Court on August 14, 2026;

WHEREAS, after the removal and pursuant to FRCP 81, Defendant's Answer would be due August 21, 2026;

WHEREAS, prior to removal, the parties stipulated to allow Defendant until September 11, 2026 to Answer the Complaint in State Court;

WHEREAS, the Parties agree that Defendant shall have until September 11, 2026 to Answer Plaintiff's Complaint in this Court; and

WHEREAS the Parties agree that the extension is not for purposes of delay;

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

WEINBERG WHEELER HUDGINS GUNN & DIAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through the undersigned counsel and pursuant to Local Rule IA 6-1, that Defendant's Answer will now be due on or before September 11, 2026.

DATED this 21st day of August, 2026.

*/s/ Daniela LaBounty*
Daniela LaBounty, Esq.
Stephanie J. Glantz, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendant*

DATED this 21st day of August, 2026.

*/s/ Philip M. Mannelly*
Adam Hosmer-Henner, Esq.
Philip M. Mannelly, Esq.
Katrina E. Weil, Esq.
Cassin T. Brown, Esq.
MCDONALD CARANO, LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 206.

Submitted by:

*/s/ Daniela LaBounty*
Daniela LaBounty, Esq.
Stephanie J. Glantz, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendant*

WEINBERG WHEELER HUDGINS GUNN & DIAL