Adam Hosmer-Henner (NSBN 12779)
Philip M. Mannelly (NSBN 14236)
Katrina E. Weil (NSBN 16152)
Cassin T. Brown (NSBN 15877)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com
kweil@mcdonaldcarano.com
cbrown@mcdonaldcarano.com

*Attorneys for Plaintiff*

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TAHOE DOUGLAS VISITORS AUTHORITY, a Nevada public entity,

Plaintiff,

v.

TAHOE SPIRITS, INC., a California corporation doing business as TAHOE BLUE VODKA; DOES 1-10, inclusive; ROE ENTITIES, I-X, inclusive,

Defendant.

Case No. 3:26-cv-00632-MMD-CLB

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)**

Plaintiff Tahoe Douglas Visitors Authority ("Plaintiff" or "TDVA") and Defendant Tahoe Spirits Inc. dba Tahoe Blue Vodka ("Tahoe Spirits") through their counsel of record, submit this Stipulated Discovery Plan and Proposed Scheduling Order under Fed. R. Civ. P. 26(f) and LR 26-

**I. INFORMATION PURSUANT TO FRCP 26(f)**

**1. Rule 26(f) Conference:** The parties participated in a Rule 26(f) conference on September 24, 2026.

. . .

. . .

**2. Subjects on which discovery may be needed:** Unless otherwise limited by subsequent stipulations or orders, the parties shall be allowed to conduct discovery within the scope of FRCP 26(a).

**3. Issues regarding disclosure or discovery of electronically stored information, including the form or forms in which it is produced:** No issues at this time. If any issues arise later, the parties will meet and confer before involving the Court.

**4. Issues about claims of privilege or protection of trial preparation materials:** No issues at this time. If any issues arise later, the parties will meet and confer before involving the Court.

**5. Limitations on discovery:** The parties agree that there should not be any limitations on discovery other than what is provided for in the Rules of Civil Procedure.

**6. Other orders under Rule 26(c) or Rule 16(b) and (c):** None as of this date.

## II. INFORMATION PURSUANT TO LR 26-1(b)

**1. Alternative dispute resolution:** The parties certify they have met and conferred about the possibility of using alternative dispute resolution processes. The parties have not agreed to use these processes currently but remain open to considering them at a later date.

**2. Alternative forms of case disposition:** The parties certify that they discussed and considered consenting to trial by a magistrate judge under 28 U.S.C. § 636(c) and FRCP 73 and the use of the Short Trial Program (General Order 2013-01). The parties do not consent to these options currently.

**3. Electronic evidence:** The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purpose of jury deliberations. No party has made a jury demand. The parties intend to meet and confer regarding electronic evidence should any disputes arise.

. . .

. . .

. . .

. . .

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

## III. DISCOVERY PLAN UNDER LOCAL RULE 26-1(B) AND LOCAL RULE 26-3

The parties propose the following deadlines:

1. **Initial disclosures:** October 15, 2026[1]

2. **Discovery cut-off:** March 10, 2027

3. **Amend pleadings or add parties:** December 10, 2026

4. **Expert disclosures:** January 8, 2027[2]

5. **Expert rebuttal disclosures:** February 8, 2027[3]

6. **Dispositive motions:** April 9, 2027

7. **Trial:** The parties anticipate trial will take 3-4 days.

8. **Pretrial order:** May 10, 2027. In the event dispositive motions are filed, the deadline for filing the joint pretrial order shall be suspended until 30 days after the decision on the dispositive motions or further court order.

9. **Pretrial disclosures:** The disclosures required by FRCP 26(a)(3) and any objection thereto shall be included in the Pretrial Order in accordance with LR 16-1(b)(6).

10. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** In accordance with LR 26-3, any motion or stipulation to extend a deadline set forth in this discovery plan and scheduling order shall be received by the Court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline will be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect. Any stipulation or motion will comply with LR 26-3.

. . .

. . .

---

[1] At the Rule 26(f) conference held on September 24, 2026, the parties agreed to the deadline of October 15, 2026 to exchange initial disclosures.

[2] LR 26-1(b)(3) requires the deadline to exchange expert disclosures to be 60 days prior to close of discovery which would be Saturday, January 9, 2027.

[3] LR 26-1(b)(3) requires the deadline to exchange rebuttal expert disclosures to be 30 days after the exchange of expert disclosures which would be Sunday, February 7, 2027.

**11. Service by Email:** Under Fed. R. Civ. P. 5(b)(2)(E), the Parties consent to email service of discovery and any other papers not filed through CM/ECF, sent to counsel's email addresses of record.

**DATED**: October 8, 2026.

**McDONALD CARANO LLP**

***/s/ Philip M. Mannelly***
Adam Hosmer-Henner (NSBN 12779)
Philip M. Mannelly (NSBN 14236)
Katrina E. Weil (NSBN 16152)
Cassin T. Brown (NSBN 15877)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com
kweil@mcdonaldcarano.com
cbrown@mcdonaldcarano.com

*Attorneys for Plaintiff*

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

***/s/ John D. Freed***
Daniela LaBounty (NSBN 13169)
Stephanie J. Glantz (NSBN 14878)
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
dlabounty@wwhgd.com
sglantz@wwhgd.com

John D. Freed (*Admitted pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
50 California Street, 23rd Floor
San Francisco, California 94111
jakefreed@dwt.com

*Attorneys for Defendant*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: October 9, 2026.

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020